**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **ANASTASIA YELLING** | **CASE NO. 6:25-CV-00925** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **BROOKSHIRE GROCERY CO** | **MAGISTRATE JUDGE DAVID J. AYO** |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the lack of objections;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion for Sanctions be **GRANTED** and that all claims in this matter be **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on the 13th day of November, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**